UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary F. Lindell,<br><br>          Plaintiff,<br><br>vs.<br><br>Diversified Adjustment Service, Inc.,<br><br>          Defendant. | Civil Case No.: 15-cv-01605 (PAM/SER)<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Plaintiff, by and through his undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.


                                                            **MARSO AND MICHELSON, P.A.**


Dated:  May 29, 2015                          By:    s/Blake R. Bauer
                                                            Blake R. Bauer (0396262)
                                                            Attorneys for Plaintiff
                                                            3101 Irving Avenue South
                                                            Minneapolis, Minnesota 55408
                                                            Telephone: 612-821-4817
                                                            Blake.Bauer@outlook.com