# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary F. Lindell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>　　　　Defendant. | Civil No. 15cv01605 PAM/SER<br><br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 6) as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against the Defendants are hereby **DISMISSED WITH PREJUDICE.**  Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 29, 2015

　　　　　　　　　　　　　　　　　　*s/ Paul A. Magnuson*　　　　　
　　　　　　　　　　　　　　　　　　PAUL A. MAGNUSON
　　　　　　　　　　　　　　　　　　United States District Judge