# UNITED STATES DISTRICT COURT
## District of Minnesota

Mary F. Lindell

                Plaintiff,

v.

Diversified Adjustment Service, Inc.

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-1605 PAM/SER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's claims against the Defendants are hereby **DISMISSED WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

Date: May 29, 2015

RICHARD D. SLETTEN, CLERK

s/A. Linner

(By)                A Linner, Deputy Clerk